```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEON ARNOLD,

                              Plaintiff,                      24-CV-04814 (GHW)(SN)

           -against-                                                   <u>ORDER</u>

LOUIS DEJOY, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 22, 2024, Plaintiff called the Court to explain that he is unable to attend the conference scheduled for November 25, 2024, because he does not currently have access to a telephone. Because Plaintiff expects to have access to a telephone in two weeks, the telephone conference is ADJOURNED to December 11, 2024, at 10:00 A.M. At that time, the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, or if the parties prefer to meet in-person in the Courthouse, they must contact Courtroom Deputy Diljah Shaw at (212) 805-0286.

       The Clerk of Court is respectfully requested to correct the Plaintiff's address to: 1820 Swarthmore Ave., Lakewood, NJ 08701. A copy of this Order and all prior orders in this case shall be mailed to Plaintiff.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:    New York, New York
                November 22, 2024