UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEON ARNOLD,

                                      Plaintiff,                    24-CV-04814 (GHW)(SN)

          -against-                                                           **ORDER**

LOUIS DEJOY, et al.,

                                    Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants filed a motion to dismiss and motion for partial summary judgment on January 16, 2025. ECF No. 32. Plaintiff's deadline to oppose the motions or file an amended complaint was extended by the Court, upon request, to March 24, 2025. ECF No. 47. On April 4, 2025, Plaintiff filed an "Objection to Summary Judgment" brief. ECF No. 49. The Court construes this filing as an opposition to Defendants' motions. Defendants shall file any reply brief no later than April 11, 2025.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:     April 7, 2025
                  New York, New York