UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEON ARNOLD,

                Plaintiff,                       24 **CIVIL** 4814 (GHW)(SN)

      -against-                              **JUDGMENT**

LOUIS DEJOY, et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 21, 2025, the Court accepts and adopts the R&R in its entirety. For the reasons articulated in the R&R, Defendants' motions to dismiss is GRANTED in its entirety. The Court certifies, pursuant to 28 U.S.C. § 1915(a) (3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment entered in favor of Defendants as to Plaintiffs unexhausted Title VII claims.

**Dated:**  New York, New York

      August 21, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                  **BY:**

                                                                   **Deputy Clerk**