**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHEON ARNOLD,

                Plaintiff,

-against-                                   24 CIVIL 4814 (GHW)(SN)

**JUDGMENT**

LOUIS DEJOY, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2025, Plaintiff's claims under § 1981, § 1983, and under New York state law are dismissed with prejudice. Plaintiff's claims under the Veterans' Preference Act, the Vietnam Era Veterans' Readjustment Assistance Act, the Jobs for Veterans Act, the Civil Service Reform Act, and Executive Order 11521 are dismissed with prejudice. Plaintiff's unexhausted Title VII claims (as to the 58 job postings) are dismissed with prejudice. Plaintiff's Title VII claims (as to the remaining three job postings are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2025

                                                            **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                              **BY:**      *K. Mango*

                                                              **Deputy Clerk**